Brian J. Mullen
P.O. Box 32247
Phoenix, AZ  85064

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRADLEY, ALLYSON E. | § | Case No. 11-32039-PHX SSC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on           . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

      Funds were disbursed in the following amounts:

      Payments made under an interim disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____ , and now requests reimbursement for expenses of $_____ , for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BRIAN J. MULLEN_____
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case No: 11-32039-PHX SSC Judge: SARAH SHARER CURLEY
Case Name: BRADLEY, ALLYSON E.
For Period Ending: 09/09/13

Trustee Name: BRIAN J. MULLEN
Date Filed (f) or Converted (c): 11/18/11 (f)
341(a) Meeting Date: 12/27/11
Claims Bar Date: 09/19/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Former Residence: 10010 N. 94th Lane Peoria, AZ 8 | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, Bank of America | 150.00 | 0.00 | | 0.00 | FA |
| 3. Checking and Savings, Wells Fargo Bank | 10.00 | 0.00 | | 0.00 | FA |
| 4. Security deposit with APS | 250.00 | 0.00 | | 0.00 | FA |
| 5. Misc. household goods, furnishings, electronics, e | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Normal clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. Wedding band | 500.00 | 0.00 | | 0.00 | FA |
| 8. Term life insurance policy, no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 9. Back Child Support | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. 2008 Kia Sedona, fully encumbered | 11,000.00 | 0.00 | | 0.00 | FA |
| 11. 2002 Ford Escape | 4,300.00 | 0.00 | | 0.00 | FA |
| 12. 2011 FEDERAL TAX REFUND (u) | 0.00 | 5,954.00 | | 5,954.00 | FA |
| 13. 2011 ARIZONA TAX REFUND (u) | 0.00 | 228.67 | | 228.67 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.19 | | 0.19 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $113,210.00 $6,182.86 $6,182.86 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/13   Current Projected Date of Final Report (TFR): 11/30/13

_____

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-32039-PHX -SSC | Trustee Name: | BRIAN J. MULLEN |
|---|---|---|---|
| Case Name: | BRADLEY, ALLYSON E. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******4222 Checking Account |
| Taxpayer ID No: | *******3711 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/24/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,156.78 | | 5,156.78 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,141.78 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,126.78 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,111.78 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,096.78 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,081.78 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,066.78 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,051.78 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,036.78 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,021.78 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,006.78 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,156.78 | 150.00 | 5,006.78 |
| Less:  Bank Transfers/CD's | 5,156.78 | 0.00 | |
| Subtotal | 0.00 | 150.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 150.00 | |

Page Subtotals    5,156.78    150.00

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-32039-PHX -SSC | Trustee Name: | BRIAN J. MULLEN |
|---|---|---|---|
| Case Name: | BRADLEY, ALLYSON E. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4710 BofA - Money Market Account |
| Taxpayer ID No: | *******3711 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/14/12 | 12 | UNITED STATES TREASURY | 2011 FEDERAL TAX REFUND | 1224-000 | 5,954.00 | | 5,954.00 |
| 06/14/12 | 13 | STATE OF ARIZONA | 2011 ARIZONA TAX REFUND | 1224-000 | 228.67 | | 6,182.67 |
| 06/19/12 | 000301 | CLERK OF THE COURT US BANKRUPTCY COURT 230 N. 1ST AVE., SUITE 101 PHOENIX, AZ 85003-1727 | REOPEN CASE FEE | 2700-000 | | 260.00 | 5,922.67 |
| 06/19/12 | 000302 | ALLYSON E. BRADLEY 20820 N. 16TH DRIVE PHOENIX, AZ 85027 | PRORATA PORTION OF TAX REFUND | 8500-000 | | 741.92 | 5,180.75 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 5,180.77 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,180.82 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.79 | 5,174.03 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,174.07 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.57 | 5,167.50 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,167.54 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.93 | 5,161.61 |
| 10/24/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,161.65 |
| 10/24/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 4.87 | 5,156.78 |
| 10/24/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 5,156.78 | 0.00 |

| | | | | Page Subtotals | 6,182.86 | 6,182.86 | |

**2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-32039-PHX -SSC | Trustee Name: | BRIAN J. MULLEN |
|---|---|---|---|
| Case Name: | BRADLEY, ALLYSON E. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4710  BofA - Money Market Account |
| Taxpayer ID No: | *******3711 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,182.86 | 6,182.86 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,156.78 | |
| Subtotal | 6,182.86 | 1,026.08 | |
| Less: Payments to Debtors | | 741.92 | |
| Net | 6,182.86 | 284.16 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4222 | 0.00 | 150.00 | 5,006.78 |
| BofA - Money Market Account - ********4710 | 6,182.86 | 284.16 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| | 6,182.86 | 434.16 | 5,006.78 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 11, 2014 |

Case Number: 11-32039-PHX  
Debtor Name: BRADLEY, ALLYSON E.  
Claims Bar Date: 09/19/12  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9001 001 2700-00 | CLERK OF THE COURT<br>US BANKRUPTCY COURT<br>230 N. 1ST AVE., SUITE 101<br>PHOENIX, AZ 85003-1727 | Administrative | | $260.00 | $260.00 | $0.00 |
| 000001 070 7100-00 | ARIZONA FEDERAL CREDIT UNION<br>PO BOX 60070<br>PHOENIX AZ 85082 | Unsecured | Filed 07/24/12 | $1,050.02 | $0.00 | $1,050.02 |
| 000002 080 7200-00 | CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | Filed 11/14/13 | $4,026.25 | $0.00 | $4,026.25 |
| 9002 999 8500-00 | ALLYSON E. BRADLEY<br>20820 N. 16TH DRIVE<br>PHOENIX, AZ 85027 | Unsecured | | $741.92 | $741.92 | $0.00 |
| | Case Totals: | | | $6,078.19 | $1,001.92 | $5,076.27 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-32039-PHX SSC
Case Name: BRADLEY, ALLYSON E.
Trustee Name: BRIAN J. MULLEN

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRIAN J. MULLEN | $ | $ | $ |
| Trustee Expenses: BRIAN J. MULLEN | $ | $ | $ |
| Charges: CLERK OF THE COURT | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ARIZONA FEDERAL CREDIT UNION | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | CAPITAL ONE, N.A. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be        percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE